**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

NELLAH M. RICHARDS, Civil No. 02-308 (JRT/FLN)

Plaintiff,

v. **ORDER OF REFERENCE**

KINDRED HOSPITAL MINNESOTA,

Defendant.

---

Christopher O. Obasi, OBASI LAW OFFICES, 5740 Brooklyn Boulevard, Brooklyn Center, MN 55429, for plaintiff.

Thomas E. Marshall, JACKSON LEWIS SCHNITZLER & KRUPMAN, 150 South Fifth Street, Suite 2800, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant's motion to dismiss pursuant to Federal Rule 12(b)(6) [Docket No. 3] is referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: 3/30/2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

MAR 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK